### BERNSTEIN *v.* SHIFMAN.

INTEREST—BREACH OF LEASE COVENANT FOR IMPROVEMENTS.
   Lessor is entitled to legal interest from date lease covenant to make improvements is judicially determined to have been breached.

Appeal from Wayne; Targonski (Victor), J. Submitted January 6, 1960. (Docket No. 17, Calendar No. 48,273.) Decided February 25, 1960.

Action by Eugenia May Bernstein against Mendel Shifman for damages arising out of breach of covenant to make improvements on leased property. Verdict for plaintiff and judgment entered thereon without interest. Plaintiff's motion to enter judgment to include interest denied. Plaintiff appeals. Reversed and remanded.

*Sander Bernstein,* for plaintiff.

---

REFERENCES FOR POINTS IN HEADNOTES
32 Am Jur, Landlord and Tenant § 731.

BLACK, J. Refer to *Bernstein* v. *Shifman,* 355 Mich 398. Subsequent trial to a jury resulted in a verdict for the plaintiff lessor in the sum of $10,000, that being the amount required by the lease to make good the defendant lessee's covenant for improvements. Plaintiff moved for entry of judgment on the verdict with specification of right to recover interest at the legal rate, on the amount of the verdict, from August 1, 1956, that being the date of breach as previously determined by this Court. The trial judge denied such motion. Plaintiff appeals.

Plaintiff is entitled to recover interest as claimed, in addition to the principal amount due her (*Gottesman* v. *Fay-Bea Construction Co.,* 355 Mich 6). Her motion should have been granted.

I would reverse and remand for entry of judgment in accordance with these views. Plaintiff should have costs.

DETHMERS, C. J., and CARR, KELLY, SMITH, EDWARDS, KAVANAGH, and SOURIS, JJ., concurred.